COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on Complaint of GLADYS SEEGITZ, Respondent, v. WILLIAM McKINLEY, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Richmond, and order denying motion for a new trial upon the ground of newly-discovered evidence, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

ROSE COSTELLANO, an Infant, by ANNA COSTELLANO, Her Guardian ad Litem, and ANNA COSTELLANO, Respondents, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Order granting examination of the defendant by one of its superintendents of schools and a school principal affirmed, without costs; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ., concur.

LENA DOCTOROFF, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Action for double indemnity under a policy of life insurance. Judgment for the plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

HARRY DOWRET, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— In an action to recover damages for personal injuries sustained by plaintiff when, in making a left turn at a street intersection, his automobile was struck by defendant's trolley car, judgment in plaintiff's favor affirmed, with costs. No opinion. Lazansky, P. J., Carswell, Davis and Adel, JJ., concur; Taylor, J., dissents and votes for reversal and a new trial upon the ground that the verdict was against the greater weight of the evidence upon the issue of contributory negligence.

JOSEPH C. GESSNER and Another, Respondents, v. THE CITY OF NEW YORK, Appellant.— Order, in so far as an appeal is taken therefrom, modified by striking out the condition therein contained, and as so modified affirmed, with ten dollars costs and disbursements to appellant. The defendant was entitled to an unconditional denial of the motion. Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ., concur.

EDWARD F. GLACKEN, Appellant, v. CLAYTON DuBOSQUE and Others, Copartners, Doing Business under the Firm Name and Style of DuBosque, GEORGE & Co., Respondents, and Others, Defendants.— Action to recover damages for breach of an alleged oral contract pursuant to which plaintiff purchased five debentures, and for alleged false and fraudulent representations by an agent of the defendants. Judgment for the respondents unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.